UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CAMPUS OPTICIANS, INC.          CHAPTER 7

DEBTOR(S)          BANKRUPTCY NO. 25-12211-PMM

NOTICE OF CHANGE FROM NO ASSET TO ASSET
AND REQUEST TO THE CLERK TO FIX BAR DATE
TO FILE CLAIMS AGAINST THE ESTATE

TO FREDERIC J. BAKER, SENIOR ASSISTANT UNITED STATES TRUSTEE, Christine C. Shubert, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

Dated: 06/11/2025          /s/ Christine C. Shubert, Esquire
         Chapter 7 Trustee